CHENG LIN
A PEACEFUL CORNER INC
2 THOMPSON ST, 2nd FL
NEW YORK, NY 10013
Manager@evolmgmt.us

May 7, 2026

Honorable Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Case No. 1:26-cv-01637-SHS
Request for Extension of Time to Respond to Complaint

Dear Judge Stein:

We as the Defendant A PEACEFUL CORNER INC respectfully request an extension of time to serve and file its answer or otherwise respond to the Complaint in the above-referenced matter.

The summons stated that a response was required within twenty-one (21) days. However, WE only received and became aware of the summons and complaint on May 4, 2026. We therefore has had limited time to review the matter and seek legal representation.

We respectfully request an extension of time of thirty (30) days from the date we received this summon which was May 4th 2026, to respond to the Complaint so that it may retain an attorney and properly prepare its response.

This request is made in good faith and not for purposes of delay, and we believe that no party will be prejudiced by the requested extension.

Thank you for Your Honor's consideration.


Respectfully submitted,

A PEACEFUL CORNER INC
CHENG LIN