UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

HAYDEE SOFIA HERNANDEZ, on behalf of themselves :        26-cv-1637 (SHS)
and others similarly situated, *ET AL.*,

                                                 :

                        Plaintiffs,      :        ORDER
             -against-                        :

A PEACEFUL CORNER, INC., db/a EVOL              :
NIGHTCLUB, and CHENG LIN a/k/a Danny,

                                                 :

                        Defendants.
-------------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       The initial pretrial conference having been held today, with counsel for plaintiffs appearing via telephone, and counsel for defendants present,

       IT IS HEREBY ORDERED that:

       1.      Plaintiffs' motion for conditional certification of a collective action is due on or before July 10, 2026;

       2.      Defendants' response to the motion is due or before August 7, 2026;

       3.      The last day for completion of discovery is September 25, 2026; and

       4.      The next conference is set for September 25, 2026, at 10:00 a.m. at the U.S. Courthouse, 500 Pearl Street, New York, New York, in Courtroom 23A.

Dated: New York, New York
        June 16, 2026

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.