SLG

# Seo Law Group, PLLC

136-68 Roosevelt Ave, Suite 726
Flushing, New York 11354
Phone: 718-500-3340

September 8, 2026

**VIA ECF**
Hon. Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re.:** ***Hernandez, et al., v. A Peaceful Corner, Inc. d/b/a Evol Nightclub, et al.,***
**Case No. 1:26-cv-1637**

Dear Judge Stein:

This firm represents defendants A Peaceful Corner, Inc. d/b/a Evol Nightclub and Cheng Lin ("Defendants") in the above-referenced matter. Last week, while I was away on vacation, Plaintiff served a letter motion to compel discovery. According to the Court's Individual Rules, Defendants were to file their opposition within two business days. However, having just returned from time away, I only learned of this motion today. Complicating matters is the already-full schedule I had this week prior to this motion being served, as well as an unanticipated medical condition that is interfering with my ability to work. Accordingly, we respectfully request that Defendants' time to respond to the motion to compel be extended to September 14, 2026, or, barring that, such earlier date that the court permits.

Pursuant to the Court's Individual Rules, we note that the original deadline was September 5 and there have been no previous requests for an extension. Plaintiff's counsel consents to this request.

We thank the Court for its consideration.

Respectfully submitted,

/s/ *Lisa Skruck*

Lisa Skruck

9/8/26
So Ordered
Sidney H Stein
U.S.D.J.

cc: All counsel of record (via ECF)