UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---x

HAYDEE SOFIA HERNANDEZ, on behalf of themselves and others similarly situated, *ET AL.*, : 26-cv-1637 (SHS)

Plaintiffs, : ORDER

-against- :

A PEACEFUL CORNER, INC., db/a EVOL NIGHTCLUB, and CHENG LIN a/k/a Danny, :

Defendants.

---x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that there will be a conference in this matter via MS Teams on Tuesday, September 22, at 4:00 p.m.

Dated: New York, New York
September 18, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.