UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

HAYDEE SOFIA HERNANDEZ, on behalf of themselves and others similarly situated, *ET AL.*, : 26-cv-1637 (SHS)

Plaintiffs, : ORDER

-against- :

A PEACEFUL CORNER, INC., d/b/a EVOL NIGHTCLUB, and CHENG LIN a/k/a Danny, :

Defendants.

---------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that:

1. The last day for completion of discovery is October 26, 2026; and

2. There will be a conference on November 24, 2026, at 11:30 a.m.

Dated: New York, New York
September 22, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.